# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Brenda Bozik,<br><br>       Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC,<br><br>       Defendant. | Case No. 1:09-cv-00194-GJQ<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                                        RESPECTFULLY SUBMITTED,

                                        Legal Helpers, P.C.
                                        Attorneys for Plaintiff

                                        By: /s/ Timothy J. Sostrin
                                            Timothy J. Sostrin
                                            233 S. Wacker Drive, Suite 5150
                                            Chicago, IL 60606
                                            Telephone: 1.866.339.1156
                                            Fax: 312-822-1064
                                            Email: tjs@legalhelpers.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2009 , a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail.

Asset Acceptance, LLC
c/o The Corporation Company
30600 Telegraph Road, Suite 2345
Bingham Farms, MI 48025

/s/ Timothy J. Sostrin